UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE HOPKINS,

    Plaintiff,

v.                                            Case No.  6:12-cv-1743-Orl-19TBS

JP MORGAN CHASE AND CO.,

    Defendant.

## ORDER

Pending before the Court is Defendant's Motion for Sanctions and Fees (Doc. 37). Upon due consideration, the motion is DENIED WITHOUT PREJUDICE based upon Defendant's failure to comply with Local Rule 3.01(g).

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on February 15, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Plaintiff, pro se
    Counsel of Record